Required Disclosure Information

# CEMEX, Inc. Savings Plan

**Participant Disclosure Notice**

IMPORTANT PLAN AND INVESTMENT-RELATED INFORMATION

**Produced on December 12, 2022.**

This Participant Disclosure Notice is being provided to you as required by federal law because you are/will be eligible to participate or have a balance in the CEMEX, Inc. Savings Plan (the "Plan") and have the right to direct investments.

The Plan Administrator has directed Fidelity Investments® ("Fidelity"), a Plan service provider, to collect, consolidate, and provide you with the information in this Notice.

Inside, you will find the following:

- Information about managing your Plan account

- Certain Plan information, including an explanation of the right to direct investments, any Plan restrictions, and a description of the types of fees and expenses associated with a Plan account

- Various details about the Plan's investment options, which may include historical rates of return, benchmark information, expense ratios, and other fees and restrictions that may be imposed

Please review these materials carefully. Please keep this information in mind when managing or monitoring any account you may have in the Plan. For more information about participating in the Plan, or if you already have an account with Fidelity in the CEMEX, Inc. Savings Plan and would like to make any changes, please access the NetBenefits® mobile app or log on to **www.netbenefits.com**.

**Note:** If this is your first time logging on to **www.netbenefits.com**, you will need to register and set up a username and password to access your account. If you already have a username and password for a Fidelity site (including NetBenefits® from a previous employer), you do not need to register again.

# What's Inside

**SECTION 1:**

Helping You Manage Your Plan Account    2

- Accessing your Plan account statement
- Your communication preferences

**SECTION 2:**

Certain Plan Information for You to Review    3

- Understand the right to direct investments in the Plan
- Learn about restrictions applicable under the Plan
- Review the types of Plan administrative and individual fees and expenses that may be deducted from your account

**SECTION 3:**

Evaluating the Plan's Investment Options    6

- Review information about the Plan's investment options, including historical or stated rates of return, fees and expenses, and restrictions across the available investment options

## SECTION 1:
# Helping You Manage Your Plan Account

This Participant Disclosure Notice (the "Notice") includes important Plan and investment-related information. Additional tools and other resources are available through your Plan's Web site. Your workplace savings plan is an important benefit, and you'll want to monitor your account periodically to help keep your savings plan on track.

### Accessing Your Plan Account Statement

If you have a Plan account, one way to monitor your retirement savings is to periodically review your account statement. Your statement will also display any Plan administrative or individual fees described in this Notice that have been deducted from your Plan account. Remember, on the NetBenefits® mobile app or at **www.netbenefits.com**, you may do the following:

- Access your online Fidelity statement, which is continuously available, by accessing the mobile app, clicking *Actions* icon, then selecting *View your statements* or by logging on to the Web site, clicking *Quick Links for your applicable Plan(s) selecting* Statements *from the drop down list.*

- Please check your account information frequently and promptly review correspondence, account statements, and confirmations as they are made available to you.  Contact Fidelity immediately if you see or suspect unauthorized activity, errors, discrepancies, or if you have not received your account statements or account documents or information.

- Print your Fidelity statement. Keep in mind that you may obtain a paper version (free of charge) by calling your Plan's toll-free number.

- Change the way Fidelity statements are delivered to you by logging on to your account and visiting *Profile/Preferences*.

For additional assistance, access the NetBenefits® mobile app, log on to **www.netbenefits.com** or call **866-472-3639**.

### Your Communication Preferences

**Prefer Email?** If you are receiving this Notice in print and would like to receive it electronically, help us to serve you better by providing Fidelity with your email address. Simply access the NetBenefits® mobile app or visit **www.netbenefits.com** and access the *Profile* link at the top of the page. From there, select the *Personal & Contact Information* tab to provide your email address and the *Preferences* tab to provide consent for Required Disclosures.

---

Access the NetBenefits® mobile app or visit
https://nb.fidelity.com/public/nb/default/home?option=ngDCInqFundPerformance&client=744126&plan=00638
 for information and resources to help you make informed investment decisions, including more detailed information on the Plan's investment options.

## SECTION 2:
# Certain Plan Information for You to Review

This Participant Disclosure Notice provides certain information about your Plan. Your rights under the Plan are subject to the terms of the Plan. Please refer to your Plan's Summary Plan Description.

### Right to Direct Investments

You have the right to direct your account balance and any future contributions among the Plan's investment options, subject to any restrictions summarized below. To access your Plan account with Fidelity, make any changes to your investment options, direct any future contributions, or seek additional information, access the NetBenefits® mobile app or log on to **www.netbenefits.com** or call **866-472-3639**.

### Investment Options

The Plan offers a choice of investment options that allow you to create a diversified portfolio to help you meet your individual needs. The Plan's investment options, along with certain information about each of them, are listed in Section 3 of this Notice.

### Restrictions

There may be certain restrictions on how investment directions may be made in the Plan, summarized as follows:
- Exchanges into Vanguard Federal Money Market Fund Investor Shares are not allowed.
- Investment elections for Vanguard Federal Money Market Fund Investor Shares are not allowed.
- Exchanges into CEMEX Stock are not allowed.
- Investment elections for CEMEX Stock are not allowed.

Any frequent trading restrictions imposed by the Plan and/or by the Plan's investment options are listed in Section 3 of this Notice. Keep in mind that restrictions are subject to change.

### Exercising Voting, Tender, and Similar Rights

You have the right to exercise voting, tender, and similar rights related to the following investments you may have in your Plan account. You will receive information regarding such rights and how to exercise them at the time of a vote, tender, or other event.
- Mutual Funds
- CEMEX Stock

### Fees and Expenses

If you have an account in the Plan, it may be subject to the following types of fees and expenses:
- Asset-based fees
- Plan administrative fees and expenses
- Individual fees and expenses

**Asset-Based Fees**
Asset-based fees reflect an investment option's total annual operating expenses and include management and other fees. They are often the largest component of retirement plan costs and are paid by all shareholders of the investment option. Typically, asset-based fees are reflected as a percentage of assets invested in the option and often are referred to as an "expense ratio." You may multiply the expense ratio by your balance in the investment option to estimate the annual expenses associated with your holdings. Refer to Section 3 of this Notice for information about the Plan's investment options, including their expense ratios (where applicable).

Asset-based fees are deducted from an investment option's assets, thereby reducing its investment return. Fee levels can vary widely among investment options, depending in part on the type of investment option, its management (including whether it is active or passive), and the risks and complexities of the option's strategy. In some instances, a plan's administrative services may be paid for through offsets and/or payments associated with a plan's investment options.

**Plan Administrative Fees and Expenses**
Plan administrative fees may include recordkeeping, legal, accounting, trustee, and other administrative fees and expenses associated with maintaining the Plan. Some plans may deduct these fees and expenses from individual accounts in the Plan.

Based on the information and direction Fidelity had on file at the time this Notice was prepared, the following Plan administrative fee(s) may be deducted from Plan accounts. The Plan's administrative services may also be paid for through offsets and/or payments associated with one or more of the Plan's investment options. As you review this information, please keep in mind that fees are subject to change and that certain Plan administrative fees may not be deducted from accounts in some circumstances.

| Type of Plan Administrative Fee | Amount |
|---|---|
| Recordkeeping Fee | $50.00 per year deducted quarterly |
| Non-Fidelity Fee(s) | $24.00 per year deducted quarterly |

**If any Plan administrative fees are deducted directly from your account, they will be reflected on your Plan account statement.**

**Individual Fees and Expenses**
Individual fees and expenses include those associated with a service or transaction you may select, or an investment option you hold in your account. In some instances, they may be deducted from the accounts of those individuals who utilize the service or engage in the transaction.

If you have an account in the Plan, and you select or execute the following service(s) or transaction(s), the fee(s) outlined below may be deducted from your account based on the information and direction Fidelity had on file at the time this Notice was prepared. As you review this information, please keep in mind that fees are subject to change and that certain individual fees may not be deducted in some circumstances.

| Type of Individual Fee | Amount |
|---|---|
| Loan Setup Fee | $50.00 per loan |
| In-Service Withdrawal Fee | $25.00 per transaction |
| Minimum Required Distribution Fee | $25.00 per distribution year |
| Full Distribution | $25.00 per full distribution |
| Loan Maintenance Fee | $25.00 per year per loan initiated on or after 10/01/2010, deducted quarterly |
| Overnight Mailing Fee | $25.00 per transaction |
| Prior Loan Maintenance Fee | $24.00 per year per loan initiated prior to 10/01/2010, deducted quarterly |
| Qualified Domestic Relations Order (QDRO) Fee | $300.00 per standard Fidelity web-generated order or $1,200.00 per modified Fidelity web-generated or custom order |

Also, please note that you may incur short-term redemption fees, commissions, and similar expenses in connection with transactions associated with your Plan's investment options. Please see Section 3 for details regarding the specific fees that may apply to the investment options available under the Plan.

**If any individual fees are deducted directly from your account, they will be reflected on your Plan account statement.**

**SECTION 3:**

# Evaluating the Plan's Investment Options

This section provides information about the investment options in the Plan and reflects data recordkept as of December 12, 2022, except for performance data, which is as of December 31 of the prior year. To help you better understand the Plan's investment options, information is available at
https://nb.fidelity.com/public/nb/default/home?option=ngDCInqFundPerformance&client=744126&plan=00638, including a glossary of investment terms available online at
https://netbenefits.fidelity.com/NBLogin/?option=dcPlandetails. To request additional investment-related information or a paper copy of certain information available online, free of charge, contact a Fidelity representative at
Fidelity Investments, P.O. Box 770003, Cincinnati, OH 45277-0065 or call 866-472-3639.

As you review this information, you may want to think about whether an investment in a particular option, along with your other investments, will help you achieve your financial goals. Keep in mind that the cumulative effect of fees and expenses can substantially reduce the growth of your retirement savings, but is only one of many factors to consider when you decide to invest in an option. Visit the Department of Labor's Web site at
https://www.dol.gov/agencies/ebsa/about-ebsa/our-activities/resource-center/publications/understanding-your-retirement-plan-fees for an example of the long-term effect of fees and expenses.

## Variable Return Investments

The chart below lists the Plan's investment options that do not have a fixed or stated rate of return, and underneath each investment option is an applicable benchmark(s) for that option. A benchmark is a standard against which the performance of a security, mutual fund, or investment manager can be measured. This Notice requires that a broad-based market index be listed on the chart for each investment option. Additional benchmarks for an investment option may be available online at
https://nb.fidelity.com/public/nb/default/home?option=ngDCInqFundPerformance&client=744126&plan=00638 along with benchmark index definitions. Please note that the benchmark to measure and monitor performance may be different from the benchmark displayed in the chart. Keep in mind that you cannot invest in a benchmark index.

**Understanding investment performance:** As you review the following information, please remember that the performance data stated represents past performance, which does not guarantee future results. Investment return and principal value of an investment will fluctuate; therefore, you may have a gain or loss when you sell your shares. Current performance may be higher or lower than the performance stated. To learn more or to obtain the most recent month-end performance, go to
https://nb.fidelity.com/public/nb/default/home?option=ngDCInqFundPerformance&client=744126&plan=00638.

| Investment Name<br>*Benchmark(s)* | Average Annual Total Return as of 12/31/2021 | | | | Fees and Expenses | | Shareholder Fees^ | Excessive Trading Restrictions | Other Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Annual Gross Expense Ratio | | | | |
| | 1 Year | 5 Year | 10 Year (if less, since Inception*) | Inception Date | As a % | Per $1,000 | | | |
| **Asset Class: Stocks** | | | | | | | | | |
| **American Funds EuroPacific Growth Fund® Class R-6** | 2.84% | 12.87% | 10.01% | 04/16/1984 | 0.460% | $4.60 | | Yes§ | N/A |
| *MSCI AC Wld ex US (N)* | 7.82% | 9.61% | 7.28% | | | | | | |
| **American Funds The Growth Fund of America® Class R-6** | 19.69% | 21.26% | 18.31% | 11/30/1973 | 0.300% | $3.00 | | Yes§ | N/A |
| *S&P 500* | 28.71% | 18.47% | 16.55% | | | | | | |
| **American Funds Washington Mutual Investors Fund Class R-6** | 28.90% | 15.53% | 14.59% | 07/31/1952 | 0.260% | $2.60 | | Yes§ | N/A |
| *S&P 500* | 28.71% | 18.47% | 16.55% | | | | | | |

| Investment Name<br>*Benchmark(s)* | Average Annual Total Return as of 12/31/2021 | | | | Fees and Expenses | | | Excessive Trading Restrictions | Other Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Annual Gross Expense Ratio | | Shareholder Fees^ | | |
| | 1 Year | 5 Year | 10 Year (if less, since Inception*) | Inception Date | As a % | Per $1,000 | | | |
| **Asset Class: Stocks (cont'd)** | | | | | | | | | |
| **CEMEX Stock** | 31.14% | -2.08% | 5.02% | 09/15/1999 | N/A | N/A | Commission on stock trades: no more than $0.029 per share.<br><br>The Securities and Exchange Commission (SEC) assesses a fee on sell order of between $0.01 and $0.03 per $1,000 of principal (in addition to commission) | N/A | ‡ |
| *S&P 500* | *28.71%* | *18.47%* | *16.55%* | | | | | | |
| **DFA U.S. Small Cap Value Portfolio Institutional Class** | 39.84% | 8.97% | 12.54% | 03/02/1993 | 0.300% | $3.00 | | Yes§ | N/A |
| *Russell 2000 Value* | *28.27%* | *9.07%* | *12.03%* | | | | | | |
| **Fidelity® 500 Index Fund** | 28.69% | 18.46% | 16.54% | 02/17/1988 | 0.015% | $0.15 | | Yes§ | N/A |
| *S&P 500* | *28.71%* | *18.47%* | *16.55%* | | | | | | |
| **Fidelity® International Index Fund** | 11.45% | 9.78% | 8.21% | 11/05/1997 | 0.035% | $0.35 | | Yes§ | N/A |
| *MSCI EAFE (Net MA)* | *11.48%* | *9.78%* | *8.22%* | | | | | | |
| **Fidelity® Real Estate Index Fund** | 40.66% | 8.80% | 10.24% | 09/08/2011 | 0.070% | $0.70 | | Yes§ | N/A |
| *MSCI US IMI RE 25/25* | *40.78%* | *12.66%* | *--* | | | | | | |
| **Fidelity® Real Estate Investment Portfolio** | 42.35% | 10.45% | 11.33% | 11/17/1986 | 0.710% | $7.10 | | Yes§ | N/A |
| *S&P 500* | *28.71%* | *18.47%* | *16.55%* | | | | | | |
| **Fidelity® Small Cap Index Fund** | 14.72% | 12.11% | 13.38% | 09/08/2011 | 0.025% | $0.25 | | Yes§ | N/A |
| *Russell 2000* | *14.82%* | *12.02%* | *13.23%* | | | | | | |
| **Lazard Emerging Markets Equity Portfolio Institutional Shares** | 5.38% | 5.45% | 3.85% | 07/15/1994 | 1.080% | $10.80 | | Yes§ | N/A |
| *MSCI Emerging Markets (N)* | *-2.54%* | *9.87%* | *5.49%* | | | | | | |
| **T. Rowe Price International Discovery Fund I Class** | 7.55% | 16.48% | 14.03% | 12/30/1988 | 1.050% | $10.50 | | Yes§ | N/A |
| *S&P Global Ex-US Sm (G)* | *11.22%* | *11.09%* | *9.89%* | | | | | | |

| Investment Name<br>*Benchmark(s)* | Average Annual Total Return as of 12/31/2021 | | | | Fees and Expenses | | Shareholder Fees^ | Excessive Trading Restrictions | Other Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Annual Gross Expense Ratio | | | | |
| | 1 Year | 5 Year | 10 Year (if less, since Inception*) | Inception Date | As a % | Per $1,000 | | | |
| **Asset Class: Stocks (cont'd)** | | | | | | | | | |
| **Victory Munder Mid-Cap Core Growth Fund Class R6** | 26.64% | 15.77% | 13.92% | 06/24/1998 | 0.870% | $8.70 | | Yes§ | N/A |
| *Russell MidCap* | 22.58% | 15.10% | 14.91% | | | | | | |
| **Asset Class: Blended Funds** | | | | | | | | | |
| **T. Rowe Price Retirement 2005 Trust Class F** | 8.06% | 8.27% | 7.14%* | 01/13/2012 | 0.370% | $3.70 | | N/A | N/A |
| *S&P Trgt DT Ret Inc* | 5.11% | 6.52% | 5.51%* | | | | | | |
| *T Rowe 2005 Index* | 8.11% | 8.31% | -- | | | | | | |
| **T. Rowe Price Retirement 2010 Trust Class F** | 8.76% | 8.85% | 7.79%* | 01/13/2012 | 0.370% | $3.70 | | N/A | N/A |
| *S&P Target Date 2010* | 6.54% | 7.36% | 6.46%* | | | | | | |
| *T Rowe 2010 Index* | 8.95% | 8.91% | -- | | | | | | |
| **T. Rowe Price Retirement 2015 Trust Class F** | 9.54% | 9.61% | 8.70%* | 01/13/2012 | 0.370% | $3.70 | | N/A | N/A |
| *S&P Target Date 2015* | 8.01% | 8.08% | 7.32%* | | | | | | |
| *T Rowe 2015 Index* | 9.73% | 9.61% | -- | | | | | | |
| **T. Rowe Price Retirement 2020 Trust Class F** | 10.36% | 10.54% | 9.59%* | 01/13/2012 | 0.370% | $3.70 | | N/A | N/A |
| *S&P Target Date 2020* | 8.76% | 8.60% | 8.00%* | | | | | | |
| *T Rowe 2020 Index* | 10.64% | 10.49% | -- | | | | | | |
| **T. Rowe Price Retirement 2025 Trust Class F** | 11.82% | 11.62% | 10.53%* | 01/13/2012 | 0.370% | $3.70 | | N/A | N/A |
| *S&P Target Date 2025* | 10.67% | 9.65% | 8.86%* | | | | | | |
| *T Rowe 2025 Index* | 12.27% | 11.54% | -- | | | | | | |
| **T. Rowe Price Retirement 2030 Trust Class F** | 13.50% | 12.66% | 11.38%* | 01/13/2012 | 0.370% | $3.70 | | N/A | N/A |
| *S&P Target Date 2030* | 12.61% | 10.63% | 9.67%* | | | | | | |
| *T Rowe 2030 Index* | 14.23% | 12.57% | -- | | | | | | |

| Investment Name<br>*Benchmark(s)* | Average Annual Total Return as of 12/31/2021 | | | | Fees and Expenses | | Shareholder Fees^ | Excessive Trading Restrictions | Other Restrictions |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Annual Gross Expense Ratio | | | | |
| | 1 Year | 5 Year | 10 Year (if less, since Inception*) | Inception Date | As a % | Per $1,000 | | | |
| **Asset Class: Blended Funds (cont'd)** | | | | | | | | | |
| **T. Rowe Price Retirement 2035 Trust Class F** | 15.04% | 13.59% | 12.07%* | 01/13/2012 | 0.370% | $3.70 | | N/A | N/A |
| *S&P Target Date 2035* | 14.93% | 11.67% | 10.46%* | | | | | | |
| *T Rowe 2035 Index* | 16.08% | 13.47% | -- | | | | | | |
| **T. Rowe Price Retirement 2040 Trust Class F** | 16.34% | 14.35% | 12.58%* | 01/13/2012 | 0.370% | $3.70 | | N/A | N/A |
| *S&P Target Date 2040* | 16.55% | 12.40% | 11.01%* | | | | | | |
| *T Rowe 2040 Index* | 17.73% | 14.22% | -- | | | | | | |
| **T. Rowe Price Retirement 2045 Trust Class F** | 17.26% | 14.78% | 12.79%* | 01/13/2012 | 0.370% | $3.70 | | N/A | N/A |
| *S&P Target Date 2045* | 17.51% | 12.81% | 11.37%* | | | | | | |
| *T Rowe 2045 Index* | 18.76% | 14.63% | -- | | | | | | |
| **T. Rowe Price Retirement 2050 Trust Class F** | 17.38% | 14.78% | 12.80%* | 01/13/2012 | 0.370% | $3.70 | | N/A | N/A |
| *S&P Target Date 2050* | 17.99% | 13.07% | 11.65%* | | | | | | |
| *T Rowe 2050 Index* | 18.92% | 14.66% | -- | | | | | | |
| **T. Rowe Price Retirement 2055 Trust Class F** | 17.39% | 14.76% | 12.78%* | 01/13/2012 | 0.370% | $3.70 | | N/A | N/A |
| *S&P Target Date 2055* | 18.19% | 13.18% | 11.81%* | | | | | | |
| *T Rowe 2055 Index* | 18.91% | 14.66% | -- | | | | | | |
| **T. Rowe Price Retirement 2060 Trust Class F** | 17.44% | 14.77% | 11.32%* | 12/05/2014 | 0.370% | $3.70 | | N/A | N/A |
| *S&P Target Date 2060* | 18.05% | 13.28% | 10.40%* | | | | | | |
| *T Rowe 2060 Index* | 18.90% | 14.66% | -- | | | | | | |
| **Asset Class: Bonds** | | | | | | | | | |
| **Fidelity® Total Bond K6 Fund** | -0.10% | N/A | 4.27%* | 05/25/2017 | 0.300% | $3.00 | | Yes§ | N/A |
| *BBg US Agg Bond* | -1.54% | N/A | 3.42%* | | | | | | |

| Investment Name<br>*Benchmark(s)* | Average Annual Total Return as of 12/31/2021 ||||  Fees and Expenses |||  Excessive Trading Restrictions | Other Restrictions |
|---|---|---|---|---|---|---|---|---|---|
| | 1 Year | 5 Year | 10 Year (if less, since Inception*) | Inception Date | Annual Gross Expense Ratio || Shareholder Fees^ | | |
| | | | | | As a % | Per $1,000 | | | |
| **Asset Class: Bonds (cont'd)** ||||||||||
| **Fidelity® U.S. Bond Index Fund** | -1.79% | 3.52% | 2.86% | 03/08/1990 | 0.025% | $0.25 | | Yes§ | N/A |
| *BBg US Agg Bond* | -1.54% | 3.57% | 2.90% | | | | | | |
| **INVESCO Stable Value Fund** | 1.50% | 2.05% | 1.81% | 09/30/2010 | 0.156% | $1.56 | | N/A | ‡‡ |
| *BBG 3M t-bill Bellwether* | 0.04% | 1.15% | 0.64% | | | | | | |
| **Vanguard Inflation-Protected Securities Fund Institutional Shares** | 5.72% | 5.22% | 3.01% | 06/29/2000 | 0.070% | $0.70 | | Yes§ | N/A |
| *BBg US TIPS* | 5.96% | 5.34% | 3.09% | | | | | | |
| **Asset Class: Short-Term** ||||||||||
| **Vanguard Federal Money Market Fund Investor Shares** £<br><br>7-Day Yield % as of 12/31/2021: 0.01<br><br>*FTSE 3-Mo Treasury Bill* | 0.01%<br><br><br><br>0.05% | 1.04%<br><br><br><br>1.11% | 0.55%<br><br><br><br>0.60% | 07/13/1981 | 0.110% | $1.10 | | N/A | ‡ |

N/A = Not Applicable/None       -- = Not Available

^ Some outside investment and vendor information may not be available to Fidelity. When "N/A" does not appear and no shareholder fee is shown, it is due to the fact that our recordkeeping system does not have a shareholder fee(s) on file. Nevertheless, there may be shareholder fees associated with the investment option. If a shareholder fee is shown, please keep in mind there may be other fees associated with the investment that our recordkeeping system does not have on file. More information may be found in the prospectus and/or other investment-related information, as well as by contacting the outside investment manager or vendor directly.

**Investment Restrictions**

‡ Closed to new investments, including contributions and exchanges.

‡‡ You are not permitted to make a direct exchange from INVESCO Stable Value Fund into the following fund(s), which are considered "competing fund(s)":

- Vanguard Federal Money Market Fund Investor Shares

Before exchanging from INVESCO Stable Value Fund into the competing fund(s), you must first exchange to a non-competing fund for 90 days. These requirements are typically imposed by issuers such as insurance companies, banks, or other approved financial institutions as a condition for issuing investment contracts to retirement plans.

§ Excessive trading in this investment option and/or other investment options subject to such restrictions will result in the limitation or prohibition of additional purchases (other than contributions and loan repayments) for 85 calendar days; additional excessive trading will result in a limitation of one exchange day per calendar quarter for a 12-month period.

**Additional Investment Information**

* Performance provided is Life of Fund, which is since the inception date noted, when the investment option has been in existence for less than 10 years. Life of fund figures are from the inception date to the period shown. For unitized funds, the inception date shown may be that of the fund's underlying investment option. For non-mutual fund pools and trusts whose strategies may be offered to multiple clients and whose returns may be based on a composite, the inception date shown may be the beginning date of the composite's returns.

Total returns are historical and include change in share price and reinvestment of dividends and capital gains, if any. These figures do not include the effect of sales charges, if any, as these fees are waived for contributions made through your retirement plan. If sales charges were included, returns would have been lower.

The current yield reflects the current earnings of the fund, while the total return refers to a specific past holding period. The 7-Day Yield is the average income return over the previous seven days, assuming the rate stays the same for one year. It is the Fund's total income net of expenses, divided by the total number of outstanding shares and includes any applicable waiver or reimbursement.

Please see the Additional Disclosure Information section at the back of this Notice for additional information, including performance and index disclosures.

**Expense Ratio**

*Expense ratio is a measure of what it costs to operate an investment, expressed as a percentage of its assets, as a dollar amount, or in basis points. These are costs the investor pays through a reduction in the investment's rate of return, and are required to be disclosed on the chart as a gross amount. For a mutual fund, the gross expense ratio is the total annual fund or class operating expenses (before waivers or reimbursements) paid by the fund. Where the investment option is not a mutual fund, the figure displayed in the expense ratio field is intended to reflect similar information, but may have been calculated using methodologies that differ from those used for mutual funds. Mutual fund data has been drawn from the most recent prospectus and has been provided by FMR LLC for Fidelity mutual funds and Morningstar, LLC for non-Fidelity mutual funds. For non-mutual fund investment options, the information has been provided by Morningstar, LLC, the product's investment manager or trustee, the plan sponsor or other third party.*

*In certain instances, there may be fee waivers and/or expense reimbursements, which could result in a temporary reduction to the gross expense ratios listed in the chart. More information is available online at*
https://nb.fidelity.com/public/nb/default/home?option=ngDCInqFundPerformance&client=744126&plan=00638.

**Investment Risk**

Additional information regarding an investment option's risks, as well as its strategy and objectives, including a prospectus or fact sheet if available, can be obtained at
https://nb.fidelity.com/public/nb/default/home?option=ngDCInqFundPerformance&client=744126&plan=00638. Please consider all investment information prior to directing your Plan account.

*Foreign investments, especially those in emerging markets, involve greater risk and may offer greater potential returns than U.S. investments. This risk includes political and economic uncertainties of foreign countries, as well as the risk of currency fluctuation.*

Stock markets, especially foreign markets, are volatile and can decline significantly in response to adverse issuer, political, regulatory, market or economic developments.

Company stock funds are neither mutual funds nor diversified or managed investment options.

The value of your investment in a company stock fund is affected by the performance of the company and the overall stock market and, if applicable, by the amount and performance of any short-term investments held by the fund.

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or other particular security to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help manage your investment risk.

Investments in smaller companies may involve greater risk than those in larger, more well known companies.

Because of their narrow focus, sector funds may be more volatile than funds that diversify across many sectors.

Changes in real estate values or economic downturns can have a significant negative effect on issuers in the real estate industry.

In general the bond market is volatile and bonds entail interest rate risk (as interest rates rise bond prices usually fall and vice versa).  This effect is usually pronounced for longer-term securities. Bonds also entail the risk of issuer default, issuer credit risk and inflation risk.

Target date investments are generally designed for investors expecting to retire around the year indicated in each investment's name.  The investments are managed to gradually become more conservative over time. The investment risks of each target date investment change over time as its asset allocation changes. They are subject to the volatility of the financial markets, including equity and fixed income investments in the U.S. and abroad and may be subject to risk associated with investing in high yield, small cap and foreign securities. Principal invested is not guaranteed at any time, including at or after their target dates.

£ Non-Fidelity Government Mutual Fund Money Market: **You could lose money by investing in a money market fund. Although the fund seeks to preserve the value of your investment at $1.00 per share, it cannot guarantee it will do so. An investment in the fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. The fund's sponsor has no legal obligation to provide financial support to money market funds and you should not expect that the sponsor will provide financial support to the fund at any time.**

Investments in mid-sized companies may involve greater risk than those of larger, more well known companies, but may be less volatile than investments in smaller companies.

## Additional Disclosure Information

*Generally, data on Fidelity mutual funds is provided by FMR LLC, data on non-Fidelity mutual funds is provided by Morningstar, LLC, and data on non-mutual fund products is provided by Morningstar, LLC, the product's investment manager or trustee, the plan sponsor whose plan is offering the product to participants, or other third party. Although Fidelity believes data gathered from these third-party sources is reliable, it does not review such information and cannot warrant it to be accurate, complete, or timely. Fidelity is not responsible for any damages or losses arising from any use of this third-party information.*

*American Funds EuroPacific Growth Fund® Class R-6 : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 05/01/2009. These calculated returns reflect the historical performance of the oldest share class of the fund, with an inception date of 04/16/1984, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.)  Please refer to a fund's prospectus for information regarding fees and expenses.  These adjusted historical returns are not actual returns.  Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the fund itself.*

*American Funds The Growth Fund of America® Class R-6 : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 05/01/2009.  These calculated returns reflect the historical performance of the oldest share class of the fund, with an inception date of 11/30/1973, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.)  Please refer to a fund's prospectus for information regarding fees and expenses.  These adjusted historical returns are not actual returns.  Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the fund itself.*

*American Funds Washington Mutual Investors Fund Class R-6 : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 05/01/2009.  These calculated returns reflect the historical performance of the oldest share class of the fund, with an inception date of 07/31/1952, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.)  Please refer to a fund's prospectus for information regarding fees and expenses.  These adjusted historical returns are not actual returns.  Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the fund itself.*

*CEMEX Stock : This investment option is not a mutual fund.*

*Fidelity® 500 Index Fund : Returns prior to May 4, 2011 are those of the Premium Class and reflect the Premium Class' expense ratio. Had the Institutional Premium Class' expense ratio been reflected, total returns would have been higher.*

*Fidelity® International Index Fund : Returns prior to September 8, 2011 are those of the Premium Class and reflect the Premium  Class' expense ratio. Had the Institutional Premium Class' expense ratio been reflected, total returns would have been higher.*

*T. Rowe Price International Discovery Fund I Class : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 12/17/2015. These calculated returns reflect the historical performance of the oldest share class of the fund, with an inception date of 12/30/1988, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.)  Please refer to a fund's prospectus for information regarding fees and expenses.  These adjusted historical returns are not actual returns.  Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the fund itself.*

*Victory Munder Mid-Cap Core Growth Fund Class R6 : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 06/01/2012. These calculated returns reflect the historical performance of the oldest share class of the fund,* with an inception date of 06/24/1998, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.)  Please refer to a fund's prospectus for information regarding fees and expenses.  These adjusted historical returns are not actual returns.  Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the fund itself.

*T. Rowe Price Retirement 2005 Trust Class F : This investment option is not a mutual fund.*

*T. Rowe Price Retirement 2005 Trust Class F : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 04/07/2017. The returns are provided by Morningstar and reflect the historical performance of the oldest, eligible share class of the Pool with reported expenses and an inception date of 01/13/2012, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.) The adjusted historical returns are not actual returns. Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the Pool itself. Please refer to a Pool's offering materials for information regarding its' fees and expenses.*

*T. Rowe Price Retirement 2010 Trust Class F : This investment option is not a mutual fund.*

*T. Rowe Price Retirement 2010 Trust Class F : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 04/07/2017. The returns are provided by Morningstar and reflect the historical performance of the oldest, eligible share class of the Pool with reported expenses and an inception date of 01/13/2012, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.) The adjusted historical returns are not actual returns. Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the Pool itself. Please refer to a Pool's offering materials for information regarding its' fees and expenses.*

*T. Rowe Price Retirement 2015 Trust Class F : This investment option is not a mutual fund.*

*T. Rowe Price Retirement 2015 Trust Class F : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 04/05/2017. The returns are provided by Morningstar and reflect the historical performance of the oldest, eligible share class of the Pool with reported expenses and an inception date of 01/13/2012, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.) The adjusted historical returns are not actual returns. Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the Pool itself. Please refer to a Pool's offering materials for information regarding its' fees and expenses.*

*T. Rowe Price Retirement 2020 Trust Class F : This investment option is not a mutual fund.*

*T. Rowe Price Retirement 2020 Trust Class F : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 04/07/2017. The returns are provided by Morningstar and reflect the historical performance of the oldest, eligible share class of the Pool with reported expenses and an inception date of 01/13/2012, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.) The adjusted historical returns are not actual returns. Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the Pool itself. Please refer to a Pool's offering materials for information regarding its' fees and expenses.*

*T. Rowe Price Retirement 2025 Trust Class F : This investment option is not a mutual fund.*

*T. Rowe Price Retirement 2025 Trust Class F : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 04/07/2017. The returns are provided by Morningstar and reflect the historical performance of the oldest, eligible share class of the Pool with reported expenses and an inception date of 01/13/2012, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.) The adjusted historical returns are not actual returns. Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the Pool itself. Please refer to a Pool's offering materials for information regarding its' fees and expenses.*

*T. Rowe Price Retirement 2030 Trust Class F : This investment option is not a mutual fund.*

*T. Rowe Price Retirement 2030 Trust Class F : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 04/07/2017. The returns are provided by Morningstar and reflect the historical performance of the oldest, eligible share class of the Pool with reported expenses and an inception date of 01/13/2012, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.) The adjusted historical returns are not actual returns. Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the Pool itself. Please refer to a Pool's offering materials for information regarding its' fees and expenses.*

*T. Rowe Price Retirement 2035 Trust Class F : This investment option is not a mutual fund.*

*T. Rowe Price Retirement 2035 Trust Class F : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 04/07/2017. The returns are provided by Morningstar and reflect the historical performance of the oldest, eligible share class of the Pool with reported expenses and an inception date of 01/13/2012, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.) The adjusted historical returns are not actual returns. Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the Pool itself. Please refer to a Pool's offering materials for information regarding its' fees and expenses.*

*T. Rowe Price Retirement 2040 Trust Class F : This investment option is not a mutual fund.*

*T. Rowe Price Retirement 2040 Trust Class F : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 04/07/2017. The returns are provided by Morningstar and reflect the historical performance of the oldest, eligible share class of the Pool with reported expenses and an inception date of 01/13/2012, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.) The adjusted historical returns are not actual returns. Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the Pool itself. Please refer to a Pool's offering materials for information regarding its' fees and expenses.*

*T. Rowe Price Retirement 2045 Trust Class F : This investment option is not a mutual fund.*

*T. Rowe Price Retirement 2045 Trust Class F : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 04/07/2017. The returns are provided by Morningstar and reflect the historical performance of the oldest, eligible share class of the Pool with reported expenses and an inception date of 01/13/2012, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.) The adjusted historical returns are not actual returns. Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the Pool itself. Please refer to a Pool's offering materials for information regarding its' fees and expenses.*

*T. Rowe Price Retirement 2050 Trust Class F : This investment option is not a mutual fund.*

*T. Rowe Price Retirement 2050 Trust Class F : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 04/07/2017. The returns are provided by Morningstar and reflect the historical performance of the oldest, eligible share class of the Pool with reported expenses and an inception date of 01/13/2012, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.) The adjusted historical returns are not actual returns. Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the Pool itself. Please refer to a Pool's offering materials for information regarding its' fees and expenses.*

*T. Rowe Price Retirement 2055 Trust Class F : This investment option is not a mutual fund.*

*T. Rowe Price Retirement 2055 Trust Class F : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 04/05/2017. The returns are provided by Morningstar and reflect the historical performance of the oldest, eligible share class of the Pool with reported expenses and an inception date of 01/13/2012, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.) The adjusted historical returns are not actual returns. Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the Pool itself. Please refer to a Pool's offering materials for information regarding its' fees and expenses.*

*T. Rowe Price Retirement 2060 Trust Class F : This investment option is not a mutual fund.*

*T. Rowe Price Retirement 2060 Trust Class F : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 04/05/2017. The returns are provided by Morningstar and reflect the historical performance of the oldest, eligible share class of the Pool with reported expenses and an inception date of 12/05/2014, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.) The adjusted historical returns are not actual returns. Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the Pool itself. Please refer to a Pool's offering materials for information regarding its' fees and expenses.*

*Fidelity® U.S. Bond Index Fund : Returns prior to May 4, 2011 are those of the Premium Class and reflect the Premium Class' expense ratio. Had the Institutional Premium Class' expense ratio been reflected, total returns would have been higher.*

*INVESCO Stable Value Fund : This investment option is not a mutual fund.*

*Vanguard Inflation-Protected Securities Fund Institutional Shares : The analysis on these pages may be based, in part, on adjusted historical returns for periods prior to the class's actual inception of 12/12/2003.  These calculated returns reflect the historical performance of the oldest share class of the fund, with an inception date of 06/29/2000, adjusted to reflect the fees and expenses of this share class (when this share class's fees and expenses are higher.)  Please refer to a fund's prospectus for information regarding fees and expenses.  These adjusted historical returns are not actual returns.  Calculation methodologies utilized by Morningstar may differ from those applied by other entities, including the fund itself.*

**Benchmarks**

*Benchmark indices are unmanaged, and you cannot invest directly in an index. More information on benchmarks for the investment options through Fidelity is available online at*
*https://nb.fidelity.com/public/nb/default/home?option=ngDCInqFundPerformance&client=744126&plan=00638.*

*Fidelity Investments Institutional Operations Company LLC, 245 Summer Street, Boston MA 02210*

*© 2022 FMR LLC. All rights reserved*

*579674.27.0*